THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARON GORDON, Appellant. [779 NYS2d 786]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered October 3, 2002, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a

reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Florio, J.P., S. Miller, Rivera and Lifson, JJ., concur.